United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15859-amc |
| Sandra D. Dunham | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra D. Dunham, 7636 Brentwood Road, Philadelphia, PA 19151-2021 |
| 14391411 | + | Bureau of Account Management, 3607 Rosemont Ave., Attn: Bankruptcy Dept., Camp Hill, PA 17011-6904 |
| 14391412 | ++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430 address filed with court:, Cenlar, P.O. BOX 77404, Attn: Bankruptcy Dept., Trenton, NJ 08628 |
| 14431780 | + | CitiMortgage, Inc., c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14401591 | | Citimortgage, INC., C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14391414 | + | Citimortgage, Inc., 425 Phillips Blvd., Attn: Bankrutpcy Dept., Trenton, NJ 08618-1430 |
| 14409010 | + | City of Philadelphia, EMS, 825 Tech Center Drive, Ste. 200, Gahanna, OH 43230-6653 |
| 14675851 | + | Discovery Mortgage Loan Trust, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14391416 | | Einstein Healthcare Network, 501 E. Olney Ave., Attn: Bankruptcy Dept., Philadelphia, PA 19120 |
| 14391417 | + | Foot and Ankle Center, 931 E. Haverford Road, 3rd floor, Attn: Bankruptcy Dept., Bryn Mawr, PA 19010-3838 |
| 14391418 | #+ | Granite State Management, P.O. BOX 3420, Attn: Bankruptcy Dept., Concord, NH 03302-3420 |
| 14391420 | | Kenya Bates, Esquire, Phelan Hallinan Diamond & jones, LLP, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14391421 | + | LaFayette Ambulance Squad, c/o Advanced Recovery Systems, P.O. 80766, Attn: Bankruptcy Dept., Valley Forge, PA 19484-0766 |
| 14391422 | | Main Line Emergency Med Assoc., 56 W. Main Street, Suite 305, Attn: Bankrptcy Dept., Christiana, DE 19702-1503 |
| 14391423 | + | Main Line Health, 130 South Bryn Mawr Ave., Attn: Bankruptcy Dept., Bryn Mawr, PA 19010-3121 |
| 14391424 | + | Mercy Mangement of Southeastern PA, P.O. BOX 14099, Attn: Bankruptcy Dept., Belfast, ME 04915-4034 |
| 14391425 | + | Mercy Physician Practice Network, 8 Oak Park Drive, Attn: Bankruptcy Dept., Bedford, MA 01730-1414 |
| 14391426 | # | National Credit Services, Inc., P.O. BOX 766, Attn: Bankruptcy Dept., Bothell, WA 98041-0766 |
| 14391427 | + | P.G.W., 800 W. Montgomery Avenue, Attn: Bankruptcy Dept., Philadelphia, PA 19122-2898 |
| 14391428 | | PA Dept. of Revenue, Dept. 280903, Attn: Bankruptcy Dept., Harrisburg, PA 17128-0903 |
| 14391430 | + | Philadelphia Fire Department, 825 Tech Center Drive, Suite 200, Attn: Bankruptcy Dept., Columbus, OH 43230-6653 |
| 14391433 | | Professional Claims Bureau, Inc., P.O. BOX 9060, Attn: Bankruptcy Dept., Hicksville, NY 11802-9060 |
| 14391434 | + | Progressive Emergency Physicians, 8 Oak Park Drive, Attn: Bankruptcy Dept., Bedford, MA 01730-1414 |
| 14391435 | | Progressive Leasing, P.O. BOX 413110, Attn: Bankruptcy Dept., Salt Lake City, UT 84141-3110 |
| 14391436 | | Radiology Affiliates of Central NJ PC, P.O. BOX 780, Attn: Bankruptcy Dept., Longmont, CO 80502-0780 |
| 14391440 | + | Revenue Collection Bureau, Inc., 5900 Torresdale Ave., Attn: Bankruptcy Dept., Philadelphia, PA 19135-4127 |
| 14391443 | | US Dept of Education, 3130 Fairview Park Drive, Suite 800, Attn: Bankruptcy Dept., Chesapeake, VA 23323 |
| 14660174 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB,, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14558338 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14507394 | + | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| 14558562 | + | Wilmington Savings Fund, C/O Maria Tsagaris, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 19-15859-amc    Doc 57    Filed 04/29/22    Entered 04/30/22 00:33:05    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 28 2022 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 28 2022 00:23:00 | Wilmington Savings Fund Society, FSB, as trustee o, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14391410 | | Email/Text: bknotice@ercbpo.com | Apr 28 2022 00:24:00 | AT & T DirecTV, c/o ERC, P.O. BOX 23870, Attn: Bankruptcy Dept., Jacksonville, FL 32241-3870 |
| 14391409 | + | Email/Text: CLIENTSERVICES@BHRLLC.COM | Apr 28 2022 00:23:00 | Academic Emergency Physicians Inc-Mercy, c/o Balanced Healthcare Receivables, 164 Burke Street, Suite 201, Attn: Bankruptcy Dept., Nashua, NH 03060-4783 |
| 14391412 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 28 2022 00:23:00 | Cenlar, P.O. BOX 77404, Attn: Bankruptcy Dept., Trenton, NJ 08628 |
| 14453296 | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14431780 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 28 2022 00:23:00 | CitiMortgage, Inc., c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14391413 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:33:32 | Citibank, P.O. BOX 6181, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6181 |
| 14391415 | | Email/Text: bankruptcynotices@dcicollect.com | Apr 28 2022 00:24:00 | Diversified Consultants, Inc., P.O. BOX 551268, Attn: Bankruptcy Dpt., Jacksonville, FL 32255-1268 |
| 14391419 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2022 00:23:00 | Internal Revenue Service, P.O. BOX 7346, Attn: Bankruptcy Dept., Philadelphia, PA 19101-7346 |
| 14420607 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:22:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14404722 | + | Email/Text: ecfbankruptcy@progleasing.com | Apr 28 2022 00:24:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14391429 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 28 2022 00:23:00 | PECO ENERGY, 2301 Market Street, S23-1, Attn: Bankruptcy Dept. - Merrick Friel, Philadelphia, PA 19103-1380 |
| 14391431 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:23:02 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Attn: Bankruptcy Dept., Norfolk, VA 23502 |
| 14419165 | + | Email/Text: joey@rmscollect.com | Apr 28 2022 00:24:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14396394 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14391437 | + | Email/Text: ebn@americollect.com | Apr 28 2022 00:24:00 | Radiology Assocaition of the Main Line,, c/o Americollect, 1851 S. Alverno Road, P.O. BOX 1566, Manitowoc, WI 54221-1566 |
| 14391438 | + | Email/Text: joey@rmscollect.com | Apr 28 2022 00:24:00 | Receivables Management, 1807 Huguenot Road, Suite 118, Attn: Bankruptcy Dept., Midlothian, VA 23113-5604 |
| 14391439 | + | Email/Text: Bankruptcy.Consumer@dish.com | Apr 28 2022 00:24:00 | Receivables Performance Management, 20818 44th Ave., W , Suite 140, Attn: Bankruptcy Dept., Lynnwood, WA 98036-7709 |
| 14391441 | + | Email/Text: clientservices@sourcerm.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 53 |

| | | | Apr 28 2022 00:24:00 | Sprint, c/o Source RM, P.O. Box 4068, Attn: Bankruptcy Dept., Greensboro, NC 27404-4068 |
|---|---|---|---|---|
| 14391442 | + | Email/Text: dbogucki@trumark.org | Apr 28 2022 00:24:00 | Trumark Financial Credit Union, 335 Commerce Drive, P.O. BOX 8127, Attn: Bankruptcy Dept., Fort Washington, PA 19034-8127 |
| 14391444 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 28 2022 00:24:00 | Verizon, c/o I.C. System, 444 Highway 96 East, P.O. BOX 64378, Saint Paul, MN 55164-0378 |
| 14391445 | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA 19102-1663 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14391432 | ## | Pro Co, P.O. BOX 2462, Attn: Bankruptcy Dept., Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Citimortgage INC. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. LATZES | on behalf of Debtor Sandra D. Dunham efiling@mlatzes-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Citimortgage INC. tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY et al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Apr 27, 2022 Form ID: pdf900 Total Noticed: 53
TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| SANDRA D. DUNHAM | |
| Debtor | Bankruptcy No. 19-15859-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: April 27, 2022

Dated:XX/XX/XXXX

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
SANDRA D. DUNHAM

7636 BRENTWOOD ROAD

PHILADELPHIA, PA 19151-